

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00376-CV

Amanda Brooke **PLESS**,
Appellant

v.

Wayne J. **RANSBERGER**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 09-1332-CV
Honorable Robin V. Dwyer, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of appeal are taxed against appellant. *See id.* 42.1(d).

SIGNED September 28, 2016.

_____
Jason Pulliam, Justice